IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK JAY BAKER,

        Petitioner,                    No. CIV S-08-0311 FCD DAD P

    vs.

C. KRAMER,

        Respondents.              <u>ORDER</u>

                              /

        Petitioner, a prisoner at Folsom State Prison and proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the Board of Parole's 2006 decision denying him parole. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application.

        In light of this order, petitioner's motion for an order to show cause will be denied as moot.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file a response to petitioner's application within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall

1

be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. See Rule 5, Fed. R. Governing § 2254 Cases;

    2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

    3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondent's reply, if any, shall be filed within fifteen days thereafter;

    4. Petitioner's November 13, 2008 motion for an order to show cause (Docket No. 6) is denied as moot; and

    5. The Clerk of the Court shall serve a copy of this order, a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Docket No. 1), and the court's form regarding consent or request for reassignment on Jennifer A. Neill, Supervising Deputy Attorney General.

DATED: November 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
bak0311.100