IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK JAY BAKER,

Petitioner, No. CIV S-S-08-0311 FCD DAD P

vs.

C. KRAMER,

Respondent. ORDER

_____________________________/

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's May 4, 2010 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); Hayward v. Marshall, 603 F.3d 546, 554 (9th Cir. 2010).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

For the reasons set forth in the magistrate judge's March 18, 2010, findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

DATED: June 7, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE