IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK JAY BAKER,

      Petitioner,                     No. CIV S-08-0311 FCD DAD P

    vs.

C. KRAMER,

      Respondent.               ORDER
_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 4, 2010, judgment was entered in this court denying the petition. On May 27, 2010, petitioner filed a notice of appeal. On June 7, 2010, petitioner filed a request for a certificate of appealability. On June 8, 2010, this court denied petitioner's request for a certificate of appealability. On June 18, 2010, petitioner filed, among other things, a motion to proceed in forma pauperis on appeal. That motion was denied on the grounds that petitioner had failed to submit appropriate financial information in compliance with Rule 24(a) of the Federal Rules of Appellate Procedure. On July 6, 2010, petitioner filed another request to proceed in forma pauperis on appeal.

        The court file reflects that petitioner paid the filing fee for this action. Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who

1

did not proceed in forma pauperis in the district court but desires to proceed in forma pauperis on appeal must file a motion in the district court which:

 (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

 (B) claims an entitlement to redress; and

 (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).  In addition, Form 4 of the Appendix of Forms requires a prisoner to attach a certified prison trust account statement showing all receipts, expenditures and balances during the last six months.

 Petitioner has attached the appropriate affidavit which demonstrates his inability to pay or to give security for fees and costs.  He has also submitted a prison trust account statement.  In his June 7, 2010 request for a certificate of appealability, petitioner claimed entitlement to redress and described the issues he intended to present on appeal.  Petitioner has complied with the requirements of Fed. R. App. P. 24(a).

 Accordingly, IT IS HEREBY ORDERED that petitioner's July 6, 2010 request to proceed in forma pauperis on appeal is granted

DATED: July 28, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE